No. 90–1749. TRAILER MARINE TRANSPORT CORP. *v.* ZAPATA GULF MARINE CORP. C. A. 5th Cir. Motion of petitioner to strike respondent's supplemental brief denied. Certiorari denied.